IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Annette Shultz and Charles Shultz | : | Bankruptcy No. 15-70198 |
| | : | Document No. 90 |
| Debtor | : | |
| | : | Chapter 13 |
| Annette Shultz and Charles Shultz | : | |
| Movant | : | Related to Doc #84, 89 |
| | : | |
| v. | : | Hearing Date: 9/9/16 at 10:00 a.m. |
| | : | |
| Nationstar Mortgage, LLC. | : | |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 3, 2016, I served a copy of the *Motion for Status Conference* at DOC 84, *Order* at DOC 89 and this *COS* by the following methods to the following people:

**Prepaid United States First Class mail:**

**Charles and Annette Shultz**
242 Staff Street
PO Box 75
Heilwood, PA 15745


**Electronic service through ECF**

Office of the United States Trustee;ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour;cmecf@chapter13trusteewdpa.com

LeeAnn O. Huggins on behalf of creditor Nationstar Mortgage LLC;pabk@logs.com

Andrew F Gornall on behalf of creditor Nationstar Mortgage LLC;agornall@goldbecklaw.com

Kimberly A. Bonneron behalf of creditor Nationstar Mortgage LLC; amps@manleydeas.com


| | |
|---|---|
| Executed on August 3, 2016 | /s/David A. Colecchia, Esquire |
| | David A. Colecchia, Esquire |
| | Law Care |
| | David A. Colecchia and Associates |
| | 324 South Maple Ave |
| | Greensburg, PA 15601 |
| | PA ID 71830 |
| | 724-837-2320 |
| | colecchia542@comcast.net |