IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Annette Shultz and Charles Shultz | : | Bankruptcy No.  15-70198 JAD |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No. 85 |
| Annette Shultz and Charles Shultz, | : | Document No. |
| | : | |
| Movant s | : | |
| | : | |
| v. | : | |
| Nationstar Mortgage LLC, | : | |
| | : | |
| Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated May 8, 2015, was entered in the above matter at Document No. 25.  On August 1, 2016, a **Motion to Extend the Loss Mitigation Period** was filed by Annette Shultz and Charles Shultz at Document No.85.

*AND NOW*, this 11th day of August, 20 16, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* September 9, 20 16.

FILED
8/11/16 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

jsf
United States Bankruptcy Judge
**Jeffery A. Deller**

PAWB Local Form 43 (04/14)                                                                                              Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-70198-JAD
Annette Margaret Shultz                                                 Chapter 13
Charles William Shultz, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: bsil              Page 1 of 1              Date Rcvd: Aug 11, 2016
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2016.
db/jdb         +Annette Margaret Shultz,   Charles William Shultz, Jr.,   P.O. Box 75,
                 Heilwood, PA 15745-0075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr.
               colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              Kimberly A. Bonner    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7