# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 15-70198-JAD |
| ANNETTE SHULTZ AND CHARLES SHULTZ, | Chapter 13 |
| Debtors. | |
| ANNETTE SHULTZ AND CHARLES SHULTZ, | Related Doc. No. 25 |
| Movants, | |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Respondent. | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

A Loss Mitigation Order dated MAY 7, 2015, was entered in the above matter at Document No. 25 ("LMP Authorization Order"), wherein the Debtors were authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered well in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtors and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification.

Under these circumstances, the Debtors and counsel to the Debtors are **directed, within fifteen (15) days from the date of this Order**, to:

1. File a Status Report summarizing the history and current situation regarding the LMP, including the *extraordinary circumstances* causing the failure of the Debtors and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification; **or**

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP.

Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED** this 12th day of August 2016.

BY THE COURT

_____ jsf
**JEFFERY A. DELLER**
**Chief United States Bankruptcy Judge**

FILED
8/12/16 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Annette Margaret Shultz  
Charles William Shultz, Jr.  
    Debtors

Case No. 15-70198-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: jbre    Page 1 of 1    Date Rcvd: Aug 12, 2016  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.  
db/jdb      +Annette Margaret Shultz,   Charles William Shultz, Jr.,   P.O. Box 75,   Heilwood, PA 15745-0075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:

        Andrew F Gornall   on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        David A. Colecchia   on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us  
        David A. Colecchia   on behalf of Joint Debtor Charles William Shultz, Jr. colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us  
        Kimberly A. Bonner   on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com  
        LeeAne O. Huggins   on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                              TOTAL: 7