UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

    **Debtor:** ANNETTE MARGARET & CHARLES WILLIAM SHULTZ
    **Case Number:** 15-70198-JAD    **Chapter:** 13

    **Date / Time / Room:** FRIDAY, SEPTEMBER 09, 2016 10:00 AM   COURTROOM B

    **Bankruptcy Judge:** JEFFERY A. DELLER
    **Courtroom Clerk:** JEFF FURIS
    **Reporter / ECR:** N/A

*Matter:*

    Motion For Status Conference filed by Debtors
    - No Response Filed [Due 9/2/2016]
    R / M #:  84 / 0

FILED
9/9/16 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Appearances:*

    TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL ✓
    DEBTOR(S): ~~David A. Colecchia, Esq.~~ Schantz
    CREDITOR: McLelland - Nationstar

*Proceedings:*

    ___ Motion is GRANTED / DENIED
    ___ Special Type Of Order:
    ___ CONTINUE MATTER:
        ___ For At Least ___ Days (Court To Issue Scheduling Order)
        ___ To Hearing Date Of _____ at ____ AM/PM at
        ___ To Conciliation Conference For _____ at
        ___ AM/PM at _____
    ___ ISSUE EVIDENTIARY HEARING NOTICE
        ___ Evidentiary Hearing On Value And Cram-Down Interest
        ___ Complex / Pretrial Order - NONJURY / JURY
        ___ Simple / Pretrial Order - NONJURY / JURY
        ___ Parties To Undertake Discovery - Discovery Period: ___ days
    ___ SETTLEMENT STIPULATION IS DUE _____
    ✓ OTHER:

    \* ORDER

    The LMP period is extended to November 10, 2016.

JEFFERY A. DELLER    9-9-2016
Chief U.S. Bankruptcy Judge