IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Annette Shultz and Charles Shultz | : | Bankruptcy No.  15-70198 JAD |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No.97 |
| Annette Shultz and Charles Shultz, | : | Document No. |
| | : | |
| Movant s | : | |
| | : | |
| v. | : | |
| Nationstar Mortgage LLC, | : | |
| | : | |
| Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated May 8, 2015, was entered in the above matter at Document No.

25. On September 9, 2016, a ***Motion to Extend the Loss Mitigation Period*** was filed by Annette Shultz

and Charles Shultz at Document No.97.

*AND NOW*, this  21st  day of    September   , 20 16 , it is hereby **ORDERED,**

***ADJUDGED AND DECREED*** that the loss mitigation period is ***extended up to and including***

November 10   , 20  16  .

_____
United States Bankruptcy Judge                jsf

FILED
9/21/16 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**PAWB Local Form 43 (04/14)**                                                    **Page 1 of 1**