# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 15-70198-JAD |
| | : | |
| Annette Shultz and Charles Shultz, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | |
| Annette Shultz and Charles Shultz, | : | Related Doc. No. 25, 103 |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage LLC, | : | |
| Respondent. | : | |

## **ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM**

A Loss Mitigation Order dated May 7, 2015, was entered in the above matter at Document No. 25 ("LMP Authorization Order"), wherein the Debtors were authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered well in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtors and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification.

Under these circumstances, the Debtors and counsel to the Debtors are **directed**, **within fifteen (15) days from the date of this Order**, to:

1. File a Status Report summarizing the history and current situation regarding the LMP, including the ***extraordinary circumstances*** causing the failure of the Debtors and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification; ***or***

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP.

Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED** this 8th day of December 2016.

FILED
12/9/16 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT,

_____jsf
**JEFFERY A. DELLER**
**Chief United States Bankruptcy Judge**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 15-70198-JAD
Annette Margaret Shultz                                           Chapter 13
Charles William Shultz, Jr.
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: ddoy                 Page 1 of 1               Date Rcvd: Dec 09, 2016
                              Form ID: pdf900            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
```
db/jdb         +Annette Margaret Shultz,    Charles William Shultz, Jr.,    P.O. Box 75,
                 Heilwood, PA 15745-0075
14073191       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Department,
                 P.O. Box 619096,   Dallas, TX 75261-9741)
14015044        Nationstar Mortgage,    P.O. Box 619079,    Dallas TX 75261-9079
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr.
           colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          Kimberly A. Bonner    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
          LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```