IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| ANNETTE SHULTZ and : | Bankruptcy No. 15-70198-JAD |
| CHARLES SHULTZ, : | |
| : | Chapter 13 |
| Debtors. : | |
| ****************************************** : | |
| ANNETTE SHULTZ and : | |
| CHARLES SHULTZ, : | |
| : | |
| Movants, : | |
| v. : | Document Nos. 25, 103, and 104 |
| : | |
| NATIONSTAR MORTGAGE LLC, : | |
| : | |
| Respondent. : | |
| : | |

**ORDER**

On December 9, 2016, the Court issued an Order Regarding Compliance With The Loss Mitigation Program, at Doc. # 104.  The Order directed Debtors' counsel to either file a status report or a LMP final Report with in fifteen days from the date of the Order.  As of March 2, 2017, nothing has been filed.

**AND NOW,** this **2nd** day of **March, 2017,** it is hereby ordered that the Loss Mitigation is terminated and Debtors' counsel shall file a final report on or before March 16, 2017.

_____ jsf
**JEFFERY A. DELLER**
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO SERVE:

Debtors
David A. Colecchia, Esq.
Ronda J. Winnecour, Esq.

FILED
3/2/17 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00016595

00016595

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-70198-JAD
Annette Margaret Shultz                                         Chapter 13
Charles William Shultz, Jr.
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: ddoy               Page 1 of 1             Date Rcvd: Mar 02, 2017
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db/jdb         +Annette Margaret Shultz,    Charles William Shultz, Jr.,    P.O. Box 75,
                 Heilwood, PA 15745-0075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr.
               colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Kimberly A. Bonner    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8