IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Annette Shultz and Charles Shultz | : | Bankruptcy No. 15-70198 |
| | : | Document No. 114 |
| Debtor | : | |
| | : | Chapter 13 |
| Annette Shultz and Charles Shultz | : | |
| Movant | : | Related to Doc 111, 113 |
| | : | |
| v. | : | Hearing Date:  May, 5, 2017 at |
| | : |         10:00 a.m. |
| Nationstar Mortgage, LLC. | : | |

## CERTIFICATE OF SERVICE

of ***Order Setting Date Certain For Response*** at DOC 113 And ***Hearing On Motion*** and this ***COS***.
        I certify under penalty of perjury that I served the above captioned pleading on the parties at the address specified below or on the attached list on April10, 2017. The types of service made on the parties were by Prepaid United States First Class mail with return receipt requested and by Electronic Notification.


**Prepaid United States First Class mail:**

Nationstar Mortgage LLC,                     Charles and Annette Shultz
ATTN: Bankruptcy                              242 Staff Street
350 Highland Drive                           P.O. Box 75
Lewisville, TX 75067                         Heilwood, PA 15745

Shapiro & DeNardo, LLC
c/o LeeAne O. Huggins, Esquire
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406


**Parties served by Electronic Notification:**

Kimberly A. Bonner on behalf of Creditor
Nationstar Mortgage LLC
amps@manleydeas.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Executed on:  April 10, 2017

Respectfully Submitted,
/s/David A. Colecchia, Esquire
David A. Colecchia, Esquire
Law Care
David A. Colecchia and Associates
324 South Maple Ave
Greensburg, PA 15601
PA ID 71830
724-837-2320
Colecchia542@comcast.net