## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Annette Shultz and Charles Shultz | : | Bankruptcy No. 15-70198 |
| | : | Document No. 117 |
| Debtor | | |
| | : | Chapter 13 |
| Annette Shultz and Charles Shultz | : | |
| Movant | : | Related to Doc #112, 116 |
| | : | Conciliation Conference Date: 5/18/17 at 11:00am |
| | : | |
| | : | |

### <u>CERTIFICATE OF SERVICE</u>

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 13, 2017, I served a copy of the ***Order Scheduling Dates For Hearing on Objection to Amended Plan*** at DOC NO. 116, ***Amended Chapter 13 Plan*** at DOC 112 and this ***COS*** by the following methods to the following people:

**Prepaid United States First Class mail:**

Annette Margaret Shultz
P.O. Box 75
Heilwood, PA  15745

Exeter Finance Corp. Department
P.O. Box 201347
Arlington, TX 76006-1347

AT&T Mobility II LLC
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-8941

Berkheimer
50 North Seventh Street
P.O. Box 995
Bangor, PA 18013-0995

CVI Loan GT Trust I c/o Resurgent Capital Se
P.O. Box 10675
Greenville, SC 29603-0675

Cavalry SPVI, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

ClearSpring Loan Service
18451 North Dallas Parkway Suite
Dallas, TX 75287-5202

(p)COLLECTION SERVICE CENTER INC
363 VANADIUM ROAD
STE 109
PITTSBURGH PA 15243-1477

Collection Service Center
P.O. Box 68
Altoona, PA 16603-0068

Credence Resource Management
6045 Atlantic Boulevard Suite 2
Norcross, GA 30071-1322

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205-3956

Credit One Bank
P.O. Box 60500
City Of Industry, CA 91716-0500

Diversified Consultant
10550 Deerwood Park Boulevard
Jacksonville, FL 32256-0596

Exeter Finance Corp.
P.O. Box 167399
Irving, TX 75016-7399

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106-0610

Federal Loan Service
P.O. Box 60610
Harrisburg, PA 17106-0610

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

HSBC/TAX
90 Christiana Road
New Castle, DE 19720-3118

Holiday Financial Services
112 Hollidaysburg Plaza
Duncansville, PA 16635-8410

Limited Financial Service
7322 Southwest Freeway Suite 1
Houston, TX 77074-2010

Midland Funding
8875 Aero Drive Suite 200
San Diego, CA 92123-2255

Minnesota Life Insurance Company
400 Robert Street North
Saint Paul, MN 55101-2098

Nationstar Mortgage
P.O. Box 619079
Dallas TX 75261-9079

(p) NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Penelec
331 Newman Springs Rd., Bldg. 3
Red Bank, NJ 07701-5688

Penelec
P.O. Box 3687
Akron, OH 44309-3687

Penn Credit
916 S 14th St
Harrisburg, PA 17104-3425

Pennsylvania Collection Service
63 Valley View Drive
Washington, PA 15301-2409

Premier Bankcard, Llc
co Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-7999

Rcs/cvi Loan Gt Trust
P.O. Box 10497
Greenville, SC 29603-0497

Shapiro and DeNardo
3600 Horizon Drive Suite 150
King of Prussia, PA 19406-4702

Smith Coal and Oil
1030 Shawna Road
Northern Cambria, PA 15714-8700

U.S. Deparment of Education
C/O Fed Loan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Webbank/Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

**Electronic service through ECF :**

Kimberly A. Bonner on behalf of Creditor Nationstar Mortgage LLC
amps@manleydeas.com

Andrew F Gornall on behalf of Creditor Nationstar Mortgage LLC
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

LeeAne O. Huggins on behalf of Creditor Nationstar Mortgage LLC
pabk@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Nationstar Mortgage LLC
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Executed on April 13, 2017

/s/David A. Colecchia, Esquire
David A. Colecchia, Esquire
Law Care
David A. Colecchia and Associates
324 South Maple Ave
Greensburg, PA 15601
PA ID 71830
724-837-2320
colecchia542@comcast.net