## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  15-70198-JAD |
| Annette Shultz and Charles Shultz | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

### NOTICE OF
### CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name:     Midland Funding

Incorrect Address:  8875 Aero Drive, Suite 200

San Diego, CA 92123-2255

Corrected Address:

Creditor Name:      Midland Funding LLC

Correct Address:    P.O. Box 939069

San Diego, CA 92123-9069

Dated  April 27, 2017

/s/David A. Colecchia, Esquire

Law Care

David A. Colecchia and Associates

324 South Maple Ave.

Greensburg, PA 15601

724-837-2320

PA Bar I.D. 71830

dcolecchia@my-lawyers.us