**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Annette Shultz and Charles Shultz | : | Bankruptcy No. 15-70198 JAD |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Annette Shultz and Charles Shultz, | : | Document No. 118 |
| | : | |
| Movants | : | Related to Document No. 114 |
| v. | : | |
| Nationstar Mortgage LLC, | : | |
| | : | |
| Respondent | | |

AND

Ronda J. Winnecour/Esquire
Chapter 13 Trustee,
        Respondents

ORDER

AND NOW, this 28th day of April, 2017, it is hereby ORDERED that:

(1) The Modification Agreement between Annette Shultz and Nationstar Mortgage is approved;

(2) The terms of the loan shall be as follows:
   a. New Due Date:     April 1, 2017 and 1" of each month;
   b. New Monthly Payment:     $242.39; P&I + 386.68 ESCROW; $629.07
   c. Interest Rate:     3.500%;
   d. Loan Term:     39 years;
   e. Maturity Date:     March 1, 2057;
   f. Principal Balance:     $76,859.25
   g. Deferred payment:     $0.00;

(3) It appearing the debtors already filed an amended Chapter 13 plan incorporating the proposed modification at DD 112, nothing further is required.

BY THE COURT:

United States Bankruptcy Court
JEFFERY A. DELLER

FILED
4/28/17 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-70198-JAD
Annette Margaret Shultz                                               Chapter 13
Charles William Shultz, Jr.
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: amaz              Page 1 of 1              Date Rcvd: Apr 28, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db/jdb         +Annette Margaret Shultz,    Charles William Shultz, Jr.,    P.O. Box 75,
                 Heilwood, PA 15745-0075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr.
               colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Kimberly A. Bonner    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 8