UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Annette Margaret Shultz fka Annette Margaret Franks and Charles William Shultz, Jr., <br>      Debtors. | CHAPTER 13 <br><br> BANKRUPTCY CASE NUMBER <br> 15-70198/JAD |
| Nationstar Mortgage LLC, <br>      Movant, <br> v. <br><br> Annette Margaret Shultz fka Annette Margaret Franks and Charles William Shultz, Jr., <br>      Respondents/Debtors, <br><br> Ronda J. Winnecour <br>      Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC's Objection to Confirmation of Chapter 13 Plan filed with the Court on July 20, 2015.

                                            Respectfully submitted,

Dated: May 12, 2017                    BY: /s/ Kevin S. Frankel
                                                    Kevin S. Frankel, Esquire
                                                    Shapiro & DeNardo, LLC
                                                    3600 Horizon Drive, Suite 150
                                                    King of Prussia, PA 19406
                                                    (610)278-6800/ fax (847) 954-4809
S&D File #:14-047095                 PA BAR ID #318323
                                                    pabk@logs.com