IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Annette Margaret Shultz and Charles William Shultz,<br>    Debtors<br><br><br>David A. Colecchia,<br>    Movant<br><br><br>    vs.<br>AT&T MOBILITY II LLC, BERKHEIMER, CLEAR SPRING LOAN SERVICE, CREDENCE RESOURCE MANAGEMENT, DIVERSIFIED CONSULTANT, FED LOAN SVC, HSBC/TAX, MIDLAND FUNDING, NATIONSTAR MORTGAGE LLC, EXETER FINANCE CORP. DEPARTMENT, AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC, CVI LOAN GT TRUST I C/O RESURGENT CAPITAL, COLLECTION SERVICE CENTER, INC., CREDIT MANAGEMENT CO., EXETER FINANCE CORP, HOLIDAY FINANCIAL SVCS, MINNESOTA LIFE INSURANCE CO., OFFICE OF THE UNITED STATES TRUSTEE, U S BANKRUPTCY COURT, AMERICAN INFOSOURCE LP AS AGENT FOR MIDLAND FUNDING LLC, CALVARY SPV I, LLC, COLLECTION SERVICE CENTER, CREDIT ONE BANK, EXETER FINANCIAL CORP, FIRST PREMIER BANK, LIMITED FINANCIAL SERVICE, PENELEC, PREMIER BANKCARD, LLC, SMITH COAL AND OIL, PENN CREDIT, RCS/CVI LOAN GT TRUST, U. S. DEPT OF EDUCATION, PENNSYLVANIA COLLECTION SERVICE, SHAPIRO AND DENARDO, WEBBANK/FINGERHUT, ANNETTE MARGARET SHULTZ, CHARLES WILLIAM SHULTZ, RONDA J. WINNECOUR,<br>    Respondents, | Bankruptcy Case No.:  15-70198-JAD<br><br>Chapter: 13<br><br>Related to Docket Document No. 123<br>Docket Document No.<br><br><br>Hearing Date:  June 28, 2017<br>Hearing Time: 10:00 AM |

**AMENDED ORDER OF COURT**

AND NOW, this _____ day of _____, 2017, upon consideration of the

Application for Professional Fees and Expenses filed by Counsel for the Debtors, and any responses

thereto, it is hereby ORDERED and DECREED as follows:

1. Counsel's Application for Compensation is approved for the time period up to and including April 27, 2017 in the following amounts above and beyond fees and expenses already paid:

   a. Professional fees: <u>$2,853.42</u> (Amended prior to the mailing of the COS documents to correct typographical error in amount)

   b. Costs and Expenses: <u>$80.00</u>

2. Pursuant to W.PA.LBR 2016-1(h)(i), to the extent fees allowed are not contemplated in the Debtors' Chapter 13 Plan, Counsel shall file an Amended Plan within 14 days of the date of this Order.

3. To the extent fees allowed are contemplated in the Plan, or otherwise are included in a future confirmed Plan, the Chapter 13 Trustee shall make monthly distributions to Counsel from funds available.

BY THE COURT:

_____

Hon. Jeffery A. Deller, U.S.B.J.