## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70198-JAD |
| Annette Shultz and Charles Shultz | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

### NOTICE OF
### CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Credence Resource Management
    Incorrect Address:    6045 Atlantic Boulevard, Suite 2
    Norcross, GA 30071-1322

Corrected Address:

    Creditor Name:    Credence Resource Management, LLC
    Correct Address:    17000 Dallas Parkway #204
    Dallas, TX 75248

Dated  May 24, 2017

    /s/David A. Colecchia, Esquire
    Law Care
    David A. Colecchia and Associates
    324 South Maple Ave.
    Greensburg, PA 15601
    724-837-2320
    PA Bar I.D. 71830
    dcolecchia@my-lawyers.us