IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF THE UNITED STATES

| | |
|---|---|
| IN RE:   Annette Margaret Shultz | BANKRUPTCY NO: 15-70198 JAD |
| Debtor(s), | CHAPTER 13 |
| Ronda J. Winnecour, Trustee, | Docket Document No.  132 |
| Annette Margaret Shultz, | Related to Docket Document No.129, 131 |
| Movants, | |
| vs. | |
| County of Indiana, | Motion No.:  WO-1 |
| Respondent, | |
| SSN.: xxx-xx-8887 | |

**CERTIFICATE OF SERVICE:**

*Ex-Parte Order to Pay Trustee Pusuant to Wage Attachment* at DOC 131, **Form 12** and this **COS**

   I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below on May 31, 2017.
   The types of service made on the parties were: Prepaid United States First Class Mail containing a request for return of service address and by Electronic Notification.

**PARTIES SERVED BY UINITED STATES FIRST CLASS MAIL WITH RETURN SERVICE ACCEPTED:**

County of Indiana                                            Annette Schultz
Attn.: Payroll Administrator                             242 Staff Street
825 Philadelphia Street                                  P.O. Box 75
Indiana, PA 15701                                          Heilwood, PA  15745

**PARTIES SERVED BY ELECTRONIC NOTIFICATION:**

Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov

**EXECUTED ON:** May 31, 2017                    By: /s/David A. Colecchia Esquire
                                                                         David A. Colecchia
                                                                         David A. Colecchia & Associates
                                                                         Law Care 324 S. Maple Avenue
                                                                         Greensburg, PA 15601
                                                                         724-837-1048
                                                                         PA ID 71830
                                                                         colecchia542@comcast.net

1