# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70198-JAD |
|    Annette Margaret Shultz and | : | |
|    Charles William Shultz | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    American InfoSource LP as Agent for
                                Direct TV, LLC
    Incorrect Address:    P.O. Box 51178
                                Los Angeles, CA 90051-5478

Corrected Address:

    Creditor Name:    Direct TV
    Correct Address:    P.O. Box 5008
                                Carol Stream, IL 60197-5008

Dated  June 15, 2017

                                                            <u>/s/David A. Colecchia, Esquire</u>
                                                            Law Care
                                                            David A. Colecchia and Associates
                                                             324 South Maple Ave.
                                                            Greensburg, PA 15601
                                                           724-837-2320
                                                           PA Bar I.D. 71830
                                                          dcolecchia@my-lawyers.us