IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Annette Margaret Shultz and Charles William Shultz,<br>Debtors<br><br>David A. Colecchia,<br>Movant<br><br>vs.<br>AT&T MOBILITY II LLC, BERKHEIMER, CLEAR SPRING LOAN SERVICE, CREDENCE RESOURCE MANAGEMENT, DIVERSIFIED CONSULTANT, FED LOAN SVC, HSBC/TAX, MIDLAND FUNDING, NATIONSTAR MORTGAGE LLC, EXETER FINANCE CORP. DEPARTMENT, AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC, CVI LOAN GT TRUST I C/O RESURGENT CAPITAL, COLLECTION SERVICE CENTER, INC., CREDIT MANAGEMENT CO., EXETER FINANCE CORP, HOLIDAY FINANCIAL SVCS, MINNESOTA LIFE INSURANCE CO., OFFICE OF THE UNITED STATES TRUSTEE, U S BANKRUPTCY COURT, AMERICAN INFOSOURCE LP AS AGENT FOR MIDLAND FUNDING LLC, CALVARY SPV I, LLC, COLLECTION SERVICE CENTER, CREDIT ONE BANK, EXETER FINANCIAL CORP, FIRST PREMIER BANK, LIMITED FINANCIAL SERVICE, PENELEC, PREMIER BANKCARD, LLC, SMITH COAL AND OIL, PENN CREDIT, RCS/CVI LOAN GT TRUST, U. S. DEPT OF EDUCATION, PENNSYLVANIA COLLECTION SERVICE, SHAPIRO AND DENARDO, WEBBANK/FINGERHUT, ANNETTE MARGARET SHULTZ, CHARLES WILLIAM SHULTZ, RONDA J. WINNECOUR,<br>Respondents, | Bankruptcy Case No.: 15-70198-JAD<br><br>Chapter: 13<br><br>Related to Docket Document No. 123<br>Docket Document No.<br><br>Hearing Date: June 28, 2017<br>Hearing Time: 10:00 AM |

~~AMENDED~~ ORDER OF COURT

AND NOW, this 26th day of June, 2017, upon consideration of the

Application for Professional Fees and Expenses filed by Counsel for the Debtors, and any responses

thereto, it is hereby ORDERED and DECREED as follows:

1. Counsel's Application for Compensation is approved for the time period up to and including April 27, 2017 in the following amounts above and beyond fees and expenses already paid:

   a. Professional fees: $2,853.42 (Amended prior to the mailing of the COS documents to correct typographical error in amount)

   b. Costs and Expenses: $80.00

2. Pursuant to W.PA.LBR 2016-1(h)(i), to the extent fees allowed are not contemplated in the Debtors' Chapter 13 Plan, Counsel shall file an Amended Plan within 14 days of the date of this Order.

3. To the extent fees allowed are contemplated in the Plan, or otherwise are included in a future confirmed Plan, the Chapter 13 Trustee shall make monthly distributions to Counsel from funds available.

6-20-2017

BY THE COURT:

_____
Hon. Jeffery A. Deller, U.S.B.J.

FILED
6/20/17 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Annette Margaret Shultz  
Charles William Shultz, Jr.  
    Debtors

Case No. 15-70198-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: ddoy      Page 1 of 1      Date Rcvd: Jun 20, 2017  
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.  
db/jdb      +Annette Margaret Shultz,    Charles William Shultz, Jr.,    P.O. Box 75,    Heilwood, PA 15745-0075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:

     Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
     David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr. colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
     David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
     James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
     Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com  
     Kimberly A. Bonner    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com  
     LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                              TOTAL: 9