# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-70198-JAD |
| **Annette Margaret Shultz** ) | |
| **Charles William Shultz, Jr.** ) | |
| ) | |
| **Debtors** ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 127 |

## CONSENT ORDER MODIFYING MAY 26, 2017 ORDER

AND NOW, this _____ day of _____, 2017, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated May 26, 2017, it is

ORDERED that Part "1.H" be amended to add the following: The plan dated April 3, 2017 funds attorneys' fees totaling $6,933.42, inclusive of the 'no-look' fee.

The May 26, 2017 order otherwise remains in full force and effect.

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ David A. Colecchia
David A. Colecchia – PA I.D. # 71830
Attorney for debtors
Law Care
324 South Maple Avenue
Greensburg, PA 15601-3219
724-837-2320
colecchia542@comcast.net

/s/ Jana S. Pail
Jana S. Pail PA I.D. # 88910
Attorney for the Chapter 13 Trustee
Suite 3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com