IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
) Case No. 15-70198-JAD
Annette Margaret Shultz )
Charles William Shultz, Jr. )
)
Debtors ) Chapter 13
) Document No. 138
) Related to Document No. 127

### CONSENT ORDER MODIFYING MAY 26, 2017 ORDER

AND NOW, this 4th day of October, 2017, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated May 26, 2017, it is

ORDERED that Part "1.H" be amended to add the following: The plan dated April 3, 2017 funds attorneys' fees totaling $6,933.42, inclusive of the 'no-look' fee.

The May 26, 2017 order otherwise remains in full force and effect.

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

FILED
10/4/17 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ David A. Colecchia
David A. Colecchia – PA I.D. # 71830
Attorney for debtors
Law Care
324 South Maple Avenue
Greensburg, PA 15601-3219
724-837-2320
colecchia542@comcast.net

/s/ Jana S. Pail
Jana S. Pail PA I.D. # 88910
Attorney for the Chapter 13 Trustee
Suite 3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70198-JAD
Annette Margaret Shultz                                                   Chapter 13
Charles William Shultz, Jr.
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz          Page 1 of 2          Date Rcvd: Oct 04, 2017
                              Form ID: pdf900     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db/jdb        +Annette Margaret Shultz,   Charles William Shultz, Jr.,   P.O. Box 75,
               Heilwood, PA 15745-0075
cr            +Exeter Finance Corp. Department,   P.O. Box 201347,   Arlington, TX 76006-1347
14015026       Berkheimer,   50 North Seventh Street,   P.O. Box 995,   Bangor, PA 18013-0995
14015028      ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,   Attn:Collection Center,   Po Box 14931,
                Pittsburgh, PA 15234)
14015027      +Clear Spring Loan Service,   18451 North Dallas Parkway Suite,   Dallas, TX 75287-5202
14076794       Direct TV,   P.O. Box 5008,   Carol Stream, IL 60197-5008
14063123      +Exeter Finance Corp.,   P.O. Box 167399,   Irving, TX 75016-7399
14015036      +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
14015037      +Federal Loan Service,   P. O. Box 60610,   Harrisburg, PA 17106-0610
14015038      +First Premier Bank,   601 South Minnesota Avenue,   Sioux Falls, SD 57104-4868
14015040      +HSBC/TAX,   90 Christiana Road,   New Castle, DE 19720-3118
14015039      +Holiday Financial Services,   112 Hollidaysburg Plaza,   Duncansville, PA 16635-8410
14073191      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy Department,
                P.O. Box 619096,   Dallas, TX 75261-9741)
14015044       Nationstar Mortgage,   P.O. Box 619079,   Dallas TX 75261-9079
14048121      #+Penelec,   331 Newman Springs Rd., Bldg. 3,   Red Bank, NJ 07701-6771
14015045       Penelec,   P.O. Box 3687,   Akron, OH 44309-3687
14015046      +Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
14015047      +Pennsylvania Collection Service,   63 Valley View Drive,   Washington, PA 15301-2409
14015048      +Rcs/cvi Loan Gt Trust,   P. O. Box 10497,   Greenville, SC 29603-0497
14015049      +Shapiro and DeNardo,   3600 Horizon Drive Suite 150,   King of Prussia, PA 19406-4702
14015050      +Smith Coal and Oil,   1030 Shawna Road,   Northern Cambria, PA 15714-8700
14060042       U.S. Deparment of Education,   C/O FedLoan Servicing,   P.O.Box 69184,
               Harrisburg,PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14032723      +E-mail/Text: g20956@att.com Oct 05 2017 01:21:04     AT&T Mobility II LLC,
               % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
14023041       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2017 01:46:42
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
14080146       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2017 01:29:27
               CVI Loan GT Trust I c/o Resurgent Capital Services,   P.O. Box 10675,
               Greenville, SC 29603-0675
14025641      +E-mail/Text: bankruptcy@cavps.com Oct 05 2017 01:20:53     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14015030      +E-mail/Text: bankruptcy@credencerm.com Oct 05 2017 01:21:08     Credence Resource Management,
               17000 Dallas Parkway #204,   Dallas, TX 75248-1940
14015031      +E-mail/Text: kcarter@creditmanagementcompany.com Oct 05 2017 01:20:57     Credit Management Co,
               2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14015033       E-mail/PDF: creditonebknotifications@resurgent.com Oct 05 2017 01:29:25     Credit One Bank,
               P.O. Box 60500,   City Of Industry, CA 91716-0500
14015034      +E-mail/Text: bankruptcynotices@dcicollect.com Oct 05 2017 01:21:03     Diversified Consultant,
               10550 Deerwood Park Boulevard,   Jacksonville, FL 32256-0596
14015035      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Oct 05 2017 01:46:54     Exeter Finance Corp,
               P. O. Box 166097,   Irving, TX 75016-6097
14015041      +E-mail/Text: ebn@ltdfin.com Oct 05 2017 01:20:01     Limited Financial Service,
               7322 Southwest Freeway Suite 1,   Houston, TX 77074-2010
14015042      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2017 01:20:37     Midland Funding,   PO Box 939069,
               San Diego CA 92193-9069
14015043       E-mail/Text: lisa.girgen@securian.com Oct 05 2017 01:21:01     Minnesota Life Insurance Company,
               400 Robert Street North,   Saint Paul, MN 55101-2098
14080571      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 05 2017 01:20:52     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14015051      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 05 2017 01:21:05     Webbank/Fingerhut,
               6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage LLC
14015032*      +Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14669710*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,,   Dallas, TX 75261-9741)

```
District/off: 0315-7          User: amaz              Page 2 of 2               Date Rcvd: Oct 04, 2017
                              Form ID: pdf900         Total Noticed: 36
```

14015029     ##+Collection Service Center,   P. O. Box 68,    Altoona, PA 16603-0068

TOTALS: 2, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr.
               colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Kimberly A. Bonner    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

TOTAL: 9