## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.  15-70198-JAD |
| Annette Margaret Shultz and | : | |
| Charles William Shultz | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

### NOTICE OF
### CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Pennsylvania Collection Service
    Incorrect Address:    63 Valley View Drive
        Washington, PA 15301-2409

Corrected Address:

    Creditor Name:    Pennsylvania Collection Service
    Correct Address:    P.O. Box 110
        Altoona, PA 16603-0110

Dated  October 18, 2017

    /s/David A. Colecchia, Esquire
    Law Care
    David A. Colecchia and Associates
    324 South Maple Ave.
    Greensburg, PA 15601
    724-837-2320
    PA Bar I.D. 71830
    dcolecchia@my-lawyers.us