**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/09/2020

IN RE:

ANNETTE MARGARET SHULTZ
CHARLES WILLIAM SHULTZ, JR.
P.O. BOX 75
HEILWOOD, PA  15745
XXX-XX-8887          Debtor(s)
XXX-XX-2218

Case No.15-70198 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/9/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **EXETER FINANCE LLC F/K/A EXETER FINANCE** <br> PO BOX 167399 <br><br> IRVING, TX  75016 | Trustee Claim Number:1   INT %:  3.00% <br> Court Claim Number:8-2 <br><br> CLAIM:  10,444.96 <br> COMMENT:  $CL-PL@3%MDF/PL*AMD | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  6268 |
| **HOLIDAY FINANCIAL SERVICES** <br> 112 HOLLIDAYSBURG PLAZA <br><br> DUNCANSVILLE, PA  16635 | Trustee Claim Number:2   INT %:  0.00% <br> Court Claim Number:5 <br><br> CLAIM:  1,904.54 <br> COMMENT:  PIF/CR-JSP*2073 CL-PL@3%MDF/PL*DKT | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  4707 |
| **CITIBANK NA - OWNER TRUSTEE NEW RES MTC** <br> C/O FAY SERVICING LLC(*) <br> PO BOX 814609 <br><br> DALLAS, TX  75381-4609 | Trustee Claim Number:3   INT %:  0.00% <br> Court Claim Number:9 <br><br> CLAIM:  15,482.71 <br> COMMENT:  LOAN MOD@CID34*BGN 4/15*FR NATIONSTAR-DOC 142*US BANK NA-DOC 145 | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  8963 |
| **BERKHEIMER TAX ADMINISTRATOR**\*\* <br> HAB DLT LEGAL <br> PO BOX 20662 <br><br> LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number:4   INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  300.00 <br> COMMENT:  $PL*NO MUNIC~SD~DISPUTED/SCH*EIT/PL*VRFY PAYEE*!!DKT!! | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  ?: 09 |
| **CLEARSPRING LOAN SERVICES INC++** <br> 18451 N DALLAS PKWY STE 100 <br><br> DALLAS, TX  75287 | Trustee Claim Number:5   INT %:  0.00% <br> Court Claim Number:13 <br><br> CLAIM:  6,809.73 <br> COMMENT:  0309~DISPUTED/SCH*BAD ADR*INSUFF POD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2361 |
| **COLLECTION SERVICE CENTER INC** <br> 363 VANADIUM RD STE 109 <br> PO BOX 13446 <br><br> PITTSBURGH, PA  15243-0446 | Trustee Claim Number:6   INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  CHILDS COMM PED | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  ...0IRA |
| **COLLECTION SERVICE CENTER INC** <br> 832 5TH AVE - CORPORATE OFFICE <br> POB 560 <br><br> NEW KENSINGTON, PA  15068 | Trustee Claim Number:7   INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  INDIANA REG MED | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  D8H7 |
| **AT & T MOBILITY II LLC** <br> C/O AT & T SERVICES INC <br> ONE AT & T WAY RM 3A104 <br><br> BEDMINSTER, NJ  07921 | Trustee Claim Number:8   INT %:  0.00% <br> Court Claim Number:4 <br><br> CLAIM:  881.47 <br> COMMENT:  0344/SCH*INSUFF POD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2044 |
| **CREDIT MANAGEMENT CO** <br> 2121 NOBLESTOWN RD <br><br> PITTSBURGH, PA  15205-3956 | Trustee Claim Number:9   INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  CONEMAUGH MEM | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  ...5765 |
| **CREDIT MANAGEMENT CO** <br> 2121 NOBLESTOWN RD <br><br> PITTSBURGH, PA  15205-3956 | Trustee Claim Number:10  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  CONEMAUGH PHYS | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  ...7810 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: CONEMAUGH PHYS GRP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9089 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MINERS MED CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3874 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MINERS MED CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3178 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br><br>OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:2 | CLAIM: 596.11<br>COMMENT: 1363/SCH*CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3268 |
| **DIVERSIFIED CONSULTANTS**<br>POB 551268<br><br>JACKSONVILLE, FL  32255 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH*DIRECTV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1291 |
| **US DEPARTMENT OF EDUCATION**<br>C/O FEDLOAN SERVICING<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:7-2 | CLAIM: 16,025.34<br>COMMENT: 0001/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8887 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0003 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0004 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br><br>HARRISBURG, PA  17106 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0002 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:12 | CLAIM: 420.98<br>COMMENT: REF 3227388423 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0293 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **HSBC TAXPAYER FINCL SVCS/FKA**<br>HOUSEHOLD TAX MASTERS<br>90 CHRISTIANA RD<br>NEW CASTLE, DE 19720 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...9857 |
| **LTD FINANCIAL SVCS++**<br>AKA LTD ACQUISITIONS LLC<br>7322 SOUTHWEST FREEWAY #1600<br>HOUSTON, TX 77074 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...4543 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WEBBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3096 |
| **PENELEC/FIRST ENERGY****<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 3,215.68<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0618 |
| **PENN CREDIT CORP++**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INDIANA REG MED CNTR | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7587 |
| **PA COLLECTION SERVICE**<br>PO BOX 110<br>ALTOONA, PA 16603-0110 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INDIANA REG MED CNTR | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3546 |
| **CVI LOAN GT TRUST I**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10675<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 9,438.09<br>COMMENT: 0709/SCH*CITIFIN*W/33 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7345 |
| **SMITH OIL**<br>1030 SHAWNA RD<br>BARNESBORO, PA 15714 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0281 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 722.23<br>COMMENT: 4098/SCH*WEBBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3096 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 6,500.17<br>COMMENT: NT/SCH*GMAC*INSUFF POD*CHG OFF 9/23/2003~STALE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8530 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CITIBANK NA - OWNER TRUSTEE NEW RES MTG** C/O FAY SERVICING LLC(*) PO BOX 814609 DALLAS, TX 75381-4609 | Trustee Claim Number: 31  INT %: 0.00% Court Claim Number: 9 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 8963 | CLAIM: 0.00 COMMENT: LOAN MOD@CID34*$10,149.67/CL*THRU 3/15*FR NATIONSTAR-DOC 142*FR US BA |
| **CITIBANK NA - OWNER TRUSTEE NEW RES MTG** C/O FAY SERVICING LLC(*) PO BOX 814609 DALLAS, TX 75381-4609 | Trustee Claim Number: 32  INT %: 0.00% Court Claim Number: 9 | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 8963 | CLAIM: 0.00 COMMENT: LMP OVER/OE*W/3*FR NATIONSTAR-DOC 142*FR US BANK-DOC 145 |
| **CVI LOAN GT TRUST I** C/O RESURGENT CAPITAL SVCS PO BOX 10675 GREENVILLE, SC 29603-0675 | Trustee Claim Number: 33  INT %: 0.00% Court Claim Number: 11 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 7345 | CLAIM: 387.00 COMMENT: CL11GOVS*UNS/SCH@27*NO SEC/PL |
| **CITIBANK NA - OWNER TRUSTEE NEW RES MTG** C/O FAY SERVICING LLC(*) PO BOX 814609 DALLAS, TX 75381-4609 | Trustee Claim Number: 34  INT %: 0.00% Court Claim Number: 9-2 | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 8963 | CLAIM: 0.00 COMMENT: PMT/LOAN MOD-CL*BGN 4/17*629.07 X 36REM+2=LMT*AMD*FR NATIONSTAR-D142 |
| **SHAPIRO & DENARDO LLC*** 3600 HORIZON DR STE 150 KING OF PRUSSIA, PA 19406 | Trustee Claim Number: 35  INT %: 0.00% Court Claim Number: | CRED DESC: NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: NATIONSTAR MRTG/CL 9-2 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV** PO BOX 5008 CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 36  INT %: 0.00% Court Claim Number: 10 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8910 | CLAIM: 168.45 COMMENT: NT/SCH |