**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ANNETTE MARGARET SHULTZ<br>CHARLES WILLIAM SHULTZ, JR. | Case No. 15-70198JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CLEARSPRING LOAN SERVICES INC++ | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR'S ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.  NO CHANGE OF ADDRESS HAS BEEN FILED.

| | |
|---|---|
| CLEARSPRING LOAN SERVICES INC++<br>18451 N DALLAS PKWY STE 100<br>DALLAS, TX 75287 | Court claim# 13/Trustee CID# 5 |

The Movant further certifies that on 01/10/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ANNETTE MARGARET SHULTZ,<br>CHARLES WILLIAM SHULTZ, JR., P.O. BOX 75, HEILWOOD, PA  15745<br><br>ORIGINAL CREDITOR:<br>CLEARSPRING LOAN SERVICES INC++, 18451 N DALLAS PKWY STE 100, DALLAS, TX  75287<br><br>NEW CREDITOR: | DEBTOR'S COUNSEL:<br>DAVID A COLECCHIA ESQ, LAW CARE, 324 S MAPLE AVE, GREENSBURG, PA  15601 |