IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-70198JAD |
| Annette Margaret Schultz | ) | |
| Charles William Schultz | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Related to: Claim No 3 |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| Chapter 13 Standing Trustee, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cavalry SPV I, LLC as assignee of GMAC | ) | |
| | ) | |
| Respondent(s). | ) | |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON TRUSTEE'S OBECTION TO CLAIM NO. 3

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than February 21, 2020, i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A hearing will be held on March 6, 2020, at 11:00 a.m. by Judge Jeffery A. Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA  15901 (Video Conferencing will be available in Courtroom D in Pittsburgh). Only limited time of 10 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| <u>1/22/2020</u> | <u>/s/ Ronda J. Winnecour</u> |
| Date | Ronda J. Winnecour (PA I.D. #30399)<br>Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |