**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-70198JAD |
| Annette Margaret Schultz ) | |
| Charles William Schultz ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Related to: Claim No 13 |
| ) | |
| RONDA J. WINNECOUR, ) | Doc. # 154 |
| Chapter 13 Standing Trustee, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Clearspring Loan Services, Inc. ) | |
| ) | |
| Respondent(s). ) | |

ORDER OF COURT

AND NOW, this __28th__ day of __February__, 2020, upon consideration of the Trustee's Objection to Claim No. 13 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 13 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

FILED
2/28/20 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
U.S. Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-70198-JAD
Annette Margaret Shultz                                                  Chapter 13
Charles William Shultz, Jr.
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas              Page 1 of 1            Date Rcvd: Feb 28, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db/jdb        +Annette Margaret Shultz,    Charles William Shultz, Jr.,    P.O. Box 75,
                Heilwood, PA 15745-0075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr.
               colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Nationstar Mortgage LLC kab@jsdc.com,
               jnr@jsdc.com;eaf@jsdc.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9