**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br> ANNETTE MARGARET SHULTZ<br>CHARLES WILLIAM SHULTZ, JR.<br>      Debtor(s)<br> Ronda J. Winnecour, Trustee<br>      Movant<br>           vs.<br> ANNETTE MARGARET SHULTZ<br>CHARLES WILLIAM SHULTZ, JR.<br><br>      Respondents | Case No.15-70198JAD<br><br>Chapter 13<br><br>Document No. 166<br><br>FILED<br>3/30/20 1:04 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  30th  day of  March , 20 20 , it is hereby ORDERED, ADJUDGED, and DECREED that,

> Indiana County
> Attn: Payroll Manager
> 825 Philadelphia St
> Indiana, PA 15701

is hereby ordered to immediately terminate the attachment of the wages of ANNETTE MARGARET SHULTZ, social security number XXX-XX-8887.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANNETTE MARGARET SHULTZ.

FURTHER ORDERED: n/a

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Annette Margaret Shultz  
Charles William Shultz, Jr.  
    Debtors

Case No. 15-70198-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: dpas      Page 1 of 1      Date Rcvd: Mar 30, 2020  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.  
db/jdb        +Annette Margaret Shultz,    Charles William Shultz, Jr.,    P.O. Box 75,    Heilwood, PA 15745-0075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:  
         Andrew F Gornall     on behalf of Creditor     Nationstar Mortgage LLC andygornall@latouflawfirm.com  
         David A. Colecchia     on behalf of Joint Debtor Charles William Shultz, Jr. colecchia542@comcast.net,  
         dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
         David A. Colecchia     on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,  
         dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
         James Warmbrodt     on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
         KIMBERLY A. BONNER     on behalf of Creditor     Nationstar Mortgage LLC kab@jsdc.com,  
         jnr@jsdc.com;eaf@jsdc.com  
         Kevin Scott Frankel     on behalf of Creditor     Nationstar Mortgage LLC pabk@logs.com  
         LeeAne O. Huggins     on behalf of Creditor     Nationstar Mortgage LLC pabk@logs.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                    TOTAL: 9