**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ANNETTE MARGARET SHULTZ** |
| Debtor 2 (Spouse, if filing) | **CHARLES WILLIAM SHULTZ, JR.** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **15-70198JAD** |

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** CITIBANK NA - OWNER TRUSTEE NEW RES

**Court claim no.** (if known): 9-2

**Last 4 digits** of any number you use to identify the debtor's account: 8 9 6 3

**Property Address:** 242 STAFF ST
HEILWOOD PA 15745

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $ 0.00 |
| b. Prepetition arrearage paid by the trustee: | (b) | $ 0.00 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ 0.00 |
| e. Allowed postpetition arrearage: | (e) | $ 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) | $ 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) | $ 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ $543.75

The next postpetition payment is due on 5 / 1 / 2020 (MM / DD / YYYY)

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N     **Notice of Final Cure Payment**     page 1

| Debtor 1 | **ANNETTE MARGARET SHULTZ** | Case number *(if known)* | **15-70198JAD** |
|---|---|---|---|
| | Name | | |

### Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**X** /s/ Ronda J. Winnecour     Date  05/01/2020
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | ANNETTE MARGARET SHULTZ | Case number *(if known)* | 15-70198JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/09/2017 | | NATIONSTAR MORTGAGE LLC(*) | REALLOCATION OF CONTINUING DEBT | 2,928.26 |
| 08/25/2017 | 1051585 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 846.16 |
| 09/26/2017 | 1054910 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 10/25/2017 | 1058269 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 11/21/2017 | 1061519 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 12/21/2017 | 1064824 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 01/25/2018 | 1068248 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 02/23/2018 | 1071429 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 03/28/2018 | 1074614 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 04/24/2018 | 1077855 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 05/25/2018 | 1081127 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 06/22/2018 | 1084266 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 07/26/2018 | 1087501 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 08/28/2018 | 1090715 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 09/25/2018 | 1093842 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 10/29/2018 | 1097096 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 11/27/2018 | 1100222 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 12/21/2018 | 1103326 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 01/25/2019 | 1106547 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 02/25/2019 | 1109790 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 03/25/2019 | 1113085 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 04/26/2019 | 1116379 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 05/24/2019 | 1119779 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 06/25/2019 | 1123183 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 07/29/2019 | 1126627 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 08/27/2019 | 1130101 | NATIONSTAR MORTGAGE LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 09/24/2019 | 1134065 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 10/24/2019 | 1137464 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 11/25/2019 | 1140921 | US BANK NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 12/23/2019 | 1142221 | CITIBANK NA - OWNER TRUSTEE NEW RE | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 01/28/2020 | 1145613 | CITIBANK NA - OWNER TRUSTEE NEW RE | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 02/25/2020 | 1149118 | CITIBANK NA - OWNER TRUSTEE NEW RE | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 03/23/2020 | 1152672 | CITIBANK NA - OWNER TRUSTEE NEW RE | AMOUNTS DISBURSED TO CREDITOR | 629.07 |
| 04/27/2020 | 1156103 | CITIBANK NA - OWNER TRUSTEE NEW RE | AMOUNTS DISBURSED TO CREDITOR | 244.02 |
| | | | | 23,519.61 |

Case 15-70198-JAD    Doc 169    Filed 05/01/20    Entered 05/01/20 15:28:43    Desc Main
Document      Page 4 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ANNETTE MARGARET SHULTZ
CHARLES WILLIAM SHULTZ, JR.
P.O. BOX 75
HEILWOOD, PA  15745

DAVID A COLECCHIA ESQ
LAW CARE
324 S MAPLE AVE
GREENSBURG, PA  15601

CITIBANK NA - OWNER TRUSTEE NEW RES MTG LN TRUST 2019-RPL3
C/O FAY SERVICING LLC(*)
PO BOX 814609
DALLAS, TX  75381-4609

MCCALLA RAYMER  ET AL
NATL BANKRUPTCY DEPT**
1544 OLD ALABAMA RD**
ROSWELL, GA  30076-2102


5/1/20                                              /s/ Roberta Saunier
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee