**Fill in this information to identify the case:**

Debtor 1  **Annette Margaret Shultz f/k/a Annette Margaret Franks**

Debtor 2  **Charles William Shultz, Jr.**
(Spouse, if filing)

United States Bankruptcy Court for the: **WESTERN**   District of: **PA**
(State)

Case number  **15-70198-JAD**

Form 4100R

# Response to Notice of Final Cure Payment   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Citibank, N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3 c/o Fay Servicing, LLC

**Court claim no.** (if known): **9**

**Last 4 digits** of any number you use to identify the debtor's account: **8 9 6 3**

**Property address:** **242 Staff Street**
Number   Street

**Heilwood**   **PA**   **15745**
City   State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  **06/01/2020**
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   _____
MM / DD / YYYY

Form 4100R   **Response to Notice of Final Cure Payment**   page 1

Debtor 1 **Annette Margaret Shultz f/k/a Annette Margaret Franks**   Case number *(if known)* **15-70198-JAD**
         First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Bradley J. Osborne, Esquire        Date  05/21/2020
  Signature

Print   Bradley J. Osborne, Esquire             Title  Attorney
        First Name   Middle Name   Last Name

Company   Hladik, Onorato & Federman, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   298 Wissahickon Avenue
          Number       Street

          North Wales, PA 19454
          City                State   ZIP Code

Contact phone ( 215 ) 855 – 9521          Email bosborne@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 15-70198-JAD |
| Annette Margaret Shultz f/k/a Annette | : Chapter 13 |
| Margaret Franks and Charles William | : |
| Shultz, Jr. | : |
|         Debtors | : |
| Citibank, N.A., not in its individual capacity | : |
| but solely as Owner Trustee of New | : |
| Residential Mortgage Loan Trust 2019- | : |
| RPL3c/o Fay Servicing, LLC | : |
|         Movant | : |
|         vs. | : |
| Annette Margaret Shultz f/k/a Annette | : |
| Margaret Franks and Charles William | ; |
| Shultz, J | : |
|         Debtors/Respondents | : |
|         and | : |
| Ronda J. Winnecour, Esquire | : |
|         Trustee/Respondent | : |

## **CERTIFICATE OF SERVICE**

I, Bradley J. Osborne, Esq., hereby certify that I caused to be served true and correct copies of the **STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT** at the respective last known address of each person set forth below on 05/21/2020:

David A. Colecchia, Esquire
Via ECF:
colecchia542@comcast.net
*Attorney for Debtors*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Annette Margaret Shultz
Charles William Shultz, Jr.
P.O. Box 75
Heilwood, PA 15745
Via First Class Mail
*Debtors*

                              Respectfully Submitted,

Date: 05/21/2020

                              /s/ Bradley J. Osborne, Esquire
                              Bradley J. Osborne, Esquire
                              Hladik, Onorato & Federman, LLP
                              Attorney I.D. # 312169
                              298 Wissahickon Avenue
                              North Wales, PA 19454
                              Phone 215-855-9521
                              Email: bosborne@hoflawgroup.com