**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Annette Margaret Shultz**
**fka Annette Margaret Franks**
**Charles William Shultz Jr.**
   Debtor(s)

Bankruptcy Case No.: 15–70198–JAD

Chapter: 13
Docket No.: 172 – 171

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of May, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/29/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/8/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/29/20.**

                                                               <u>Jeffery A. Deller</u>
                                                          United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 15-70198-JAD
Annette Margaret Shultz                                                Chapter 13
Charles William Shultz, Jr.
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur                Page 1 of 2              Date Rcvd: May 28, 2020
                              Form ID: 408              Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db/jdb         +Annette Margaret Shultz,   Charles William Shultz, Jr.,   P.O. Box 75,
                 Heilwood, PA 15745-0075
cr              Citibank, N.A., not in its individual capacity but,   Fay Servicing, LLC,   PO Box 814609,
                 Dallas, TX 75381-4609
14015026        Berkheimer,   50 North Seventh Street,   P.O. Box 995,   Bangor, PA 18013-0995
14015028       ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,   Attn:Collection Center,   Po Box 14931,
                 Pittsburgh, PA 15234)
15170185        Citibank, N.A,   Fay Servicing, LLC,   PO Box 814609,,   Dallas, TX 75381-4609
14015036       +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
14015037       +Federal Loan Service,   P. O. Box 60610,   Harrisburg, PA 17106-0610
14015038       +First Premier Bank,   601 South Minnesota Avenue,   Sioux Falls, SD 57104-4868
14015040       +HSBC/TAX,   90 Christiana Road,   New Castle, DE 19720-3118
14015039       +Holiday Financial Services,   112 Hollidaysburg Plaza,   Duncansville, PA 16635-8410
14073191       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy Department,
                 P.O. Box 619096,   Dallas, TX 75261-9741)
14015044        Nationstar Mortgage,   P.O. Box 619079,   Dallas TX 75261-9079
14015045        Penelec,   P.O. Box 3687,   Akron, OH 44309-3687
14015047        Pennsylvania Collection Service,   P.O. Box 110,   Altoona, PA 16603-0110
14015048       +Rcs/cvi Loan Gt Trust,   P. O. Box 10497,   Greenville, SC 29603-0497
14015049       +Shapiro and DeNardo,   3600 Horizon Drive Suite 150,   King of Prussia, PA 19406-4702
14015050       +Smith Coal and Oil,   1030 Shawna Road,   Northern Cambria, PA 15714-8700
15121082        U.S. Bank National Association, not in its individ,   PO Box 814609,   Dallas, TX 75381-4609
14060042        U.S. Deparment of Education,   C/O FedLoan Servicing,   P.O.Box 69184,
                 Harrisburg,PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 29 2020 04:51:49
                 Exeter Finance Corp. Department,   P.O. Box 201347,   Arlington, TX 76006-1347
14032723       +E-mail/Text: g20956@att.com May 29 2020 04:55:37      AT&T Mobility II LLC,
                 % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
14023041        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2020 05:07:16
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK 73126-8941
14080146        E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 04:52:56
                 CVI Loan GT Trust I c/o Resurgent Capital Services,   P.O. Box 10675,
                 Greenville, SC 29603-0675
14025641       +E-mail/Text: bankruptcy@cavps.com May 29 2020 04:55:28      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14015030       +E-mail/Text: bankruptcy@credencerm.com May 29 2020 04:55:42      Credence Resource Management,
                 17000 Dallas Parkway #204,   Dallas, TX 75248-1940
14015031       +E-mail/Text: bdsupport@creditmanagementcompany.com May 29 2020 04:55:33
                 Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14015033        E-mail/PDF: creditonebknotifications@resurgent.com May 29 2020 04:51:51      Credit One Bank,
                 P.O. Box 60500,   City Of Industry, CA 91716-0500
14076794        E-mail/Text: G06041@att.com May 29 2020 04:55:32      Direct TV,   P.O. Box 5008,
                 Carol Stream, IL 60197-5008
14015034       +E-mail/Text: bankruptcynotices@dcicollect.com May 29 2020 04:55:37      Diversified Consultant,
                 10550 Deerwood Park Boulevard,   Jacksonville, FL 32256-0596
14015035       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 29 2020 04:51:53      Exeter Finance Corp,
                 P. O. Box 166097,   Irving, TX 75016-6097
14063123       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 29 2020 04:52:21      Exeter Finance Corp.,
                 P.O. Box 167399,   Irving, TX 75016-7399
14015041       +E-mail/Text: ebn@ltdfin.com May 29 2020 04:54:40      Limited Financial Service,
                 7322 Southwest Freeway Suite 1,   Houston, TX 77074-2010
14015042       +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2020 04:55:06      Midland Funding,   PO Box 939069,
                 San Diego CA 92193-9069
14015043        E-mail/Text: lisa.girgen@securian.com May 29 2020 04:55:36      Minnesota Life Insurance Company,
                 400 Robert Street North,   Saint Paul, MN 55101-2098
14080571       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 29 2020 04:55:23      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14015051       +E-mail/Text: bnc-bluestem@quantum3group.com May 29 2020 04:55:39      Webbank/Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citibank, N.A., not in its individual capacity but
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage LLC

```
District/off: 0315-7          User: jfur               Page 2 of 2              Date Rcvd: May 28, 2020
                              Form ID: 408             Total Noticed: 36

cr*             U.S. Bank National Association, not in its individ,    PO Box 814609,    Dallas, TX   75381-4609
14015032*      +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14893279*      +Exeter Finance LLC,    P.O. Box 167399,    Irving, TX 75016-7399
14669710*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,,   Dallas, TX 75261-9741)
14015029      ##+Collection Service Center,    P. O. Box 68,    Altoona, PA 16603-0068
14048121      ##+Penelec,    331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-6771
14015046      ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14015027      ##+Sortis Holding, Inc.,    f/k/a Clear Spring Loan Services, Inc.,
                1124 Northwest Couch Street, Suite 500,    Portland, OR 97209-4158
                                                                                       TOTALS: 3, * 4, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              Bradley Joseph Osborne    on behalf of Creditor    Citibank, N.A., not in its individual capacity
               but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3
               bosborne@hoflawgroup.com,    pfranz@hoflawgroup.com
              David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr.
               colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Nationstar Mortgage LLC kab@jsdc.com,
               jnr@jsdc.com;eaf@jsdc.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```