**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANNETTE MARGARET SHULTZ<br>CHARLES WILLIAM SHULTZ, JR.<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:15-70198 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/23/2015 and confirmed on 5/11/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,784.55 |
| Less Refunds to Debtor | 2,370.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,414.40 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,572.42 | |
|   Trustee Fee | 2,780.20 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,352.62 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITIBANK NA - OWNER TRUSTEE NEW RI<br>Acct: 8963 | 15,482.71 | 15,482.71 | 0.00 | 15,482.71 |
| CITIBANK NA - OWNER TRUSTEE NEW RI<br>Acct: 8963 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA - OWNER TRUSTEE NEW RI<br>Acct: 8963 | 0.00 | 23,519.61 | 0.00 | 23,519.61 |
| CITIBANK NA - OWNER TRUSTEE NEW RI<br>Acct: 8963 | 0.00 | 0.00 | 0.00 | 0.00 |
| CVI LOAN GT TRUST I<br>Acct: 7345 | 387.00 | 387.00 | 143.37 | 530.37 |
| EXETER FINANCE LLC F/K/A EXETER FIN<br>Acct: 6268 | 10,444.96 | 10,444.96 | 815.51 | 11,260.47 |
| HOLIDAY FINANCIAL SERVICES<br>Acct: 4707 | 1,904.54 | 1,904.54 | 124.39 | 2,028.93 |
| | | | | 52,822.09 |
| **Priority** | | | | |
| DAVID A COLECCHIA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANNETTE MARGARET SHULTZ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANNETTE MARGARET SHULTZ<br>Acct: | 2,370.15 | 2,370.15 | 0.00 | 0.00 |
| LAW CARE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: | 3,639.00 | 3,639.00 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: | 541.63 | 541.63 | 0.00 | 0.00 |
| DAVID A COLECCHIA ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-17 | 2,391.79 | 2,391.79 | 0.00 | 0.00 |
| BERKHEIMER TAX ADMINISTRATOR**<br>Acct: X: 09 | 300.00 | 300.00 | 0.00 | 300.00 |
| | | | | 300.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   CLEARSPRING LOAN SERVICES INC++<br>    Acct: 2361 | 0.00 | 0.00 | 0.00 | 0.00 |
|   COLLECTION SERVICE CENTER INC<br>    Acct: XXX0IRA | 0.00 | 0.00 | 0.00 | 0.00 |
|   COLLECTION SERVICE CENTER INC<br>    Acct: D8H7 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AT & T MOBILITY II LLC<br>    Acct: 2044 | 881.47 | 54.33 | 0.00 | 54.33 |
|   CREDIT MANAGEMENT CO<br>    Acct: XXX5765 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CREDIT MANAGEMENT CO<br>    Acct: XXX7810 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CREDIT MANAGEMENT CO<br>    Acct: XXX9089 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CREDIT MANAGEMENT CO<br>    Acct: XXX3874 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CREDIT MANAGEMENT CO<br>    Acct: XXX3178 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMERICAN INFOSOURCE LP AGENT - MID<br>    Acct: 3268 | 596.11 | 36.74 | 0.00 | 36.74 |
|   DIVERSIFIED CONSULTANTS<br>    Acct: XXX1291 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPARTMENT OF EDUCATION<br>    Acct: 8887 | 16,025.34 | 987.80 | 0.00 | 987.80 |
|   FEDERAL LOAN SERVICING<br>    Acct: XXX0003 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FEDERAL LOAN SERVICING<br>    Acct: XXX0004 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FEDERAL LOAN SERVICING<br>    Acct: XXX0002 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PREMIER BANKCARD LLC; JEFFERSON C<br>    Acct: XXX0293 | 420.98 | 25.95 | 0.00 | 25.95 |
|   HSBC TAXPAYER FINCL SVCS/FKA++<br>    Acct: XXX9857 | 0.00 | 0.00 | 0.00 | 0.00 |
|   LTD FINANCIAL SVCS++<br>    Acct: XXX4543 | 0.00 | 0.00 | 0.00 | 0.00 |
|   MIDLAND FUNDING<br>    Acct: XXX3096 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PENELEC/FIRST ENERGY**<br>    Acct: XXX0618 | 3,215.68 | 198.21 | 0.00 | 198.21 |
|   PENN CREDIT CORP++<br>    Acct: XXX7587 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA COLLECTION SERVICE++<br>    Acct: XXX3546 | 0.00 | 0.00 | 0.00 | 0.00 |
|   CVI LOAN GT TRUST I<br>    Acct: 7345 | 9,438.09 | 581.76 | 0.00 | 581.76 |
|   SMITH OIL<br>    Acct: XXX0281 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMERICAN INFOSOURCE LP AGENT - MID<br>    Acct: 3096 | 722.23 | 44.52 | 0.00 | 44.52 |
|   CAVALRY SPV I LLC - ASSIGNEE(*)<br>    Acct: 8530 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMERICAN INFOSOURCE LP - AGENT DIF<br>    Acct: 8910 | 168.45 | 10.38 | 0.00 | 10.38 |
|   SHAPIRO & DENARDO LLC*<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 1,939.69 |

TOTAL PAID TO CREDITORS                                                                                          55,061.78

```
TOTAL
CLAIMED              300.00
PRIORITY          28,219.21
SECURED           31,468.35
```

Date: 05/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   ANNETTE MARGARET SHULTZ
   CHARLES WILLIAM SHULTZ, JR.
        Debtor(s)

   Ronda J. Winnecour
        Movant
      vs.
   No Repondents.

Case No.:15-70198 JAD

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                    BY THE COURT:

                                    _____
                                    U.S. BANKRUPTCY JUDGE

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 15-70198-JAD
Annette Margaret Shultz                                                 Chapter 13
Charles William Shultz, Jr.
       Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                  Page 1 of 2                  Date Rcvd: May 28, 2020
                              Form ID: pdf900             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db/jdb         +Annette Margaret Shultz,    Charles William Shultz, Jr.,    P.O. Box 75,
                 Heilwood, PA 15745-0075
cr              Citibank, N.A., not in its individual capacity but,    Fay Servicing, LLC,   PO Box 814609,
                 Dallas, TX 75381-4609
14015026        Berkheimer,    50 North Seventh Street,   P.O. Box 995,   Bangor, PA 18013-0995
14015028       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,    Attn:Collection Center,   Po Box 14931,
                 Pittsburgh, PA 15234)
15170185        Citibank, N.A,    Fay Servicing, LLC,    PO Box 814609,,   Dallas, TX 75381-4609
14015036       +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
14015037       +Federal Loan Service,    P. O. Box 60610,   Harrisburg, PA 17106-0610
14015038       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
14015040       +HSBC/TAX,   90 Christiana Road,    New Castle, DE 19720-3118
14015039       +Holiday Financial Services,    112 Hollidaysburg Plaza,   Duncansville, PA 16635-8410
14073191       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy Department,
                 P.O. Box 619096,   Dallas, TX 75261-9741)
14015044        Nationstar Mortgage,    P.O. Box 619079,   Dallas TX 75261-9079
14015045        Penelec,   P.O. Box 3687,    Akron, OH 44309-3687
14015047        Pennsylvania Collection Service,    P.O. Box 110,   Altoona, PA 16603-0110
14015048       +Rcs/cvi Loan Gt Trust,    P. O. Box 10497,   Greenville, SC 29603-0497
14015049       +Shapiro and DeNardo,    3600 Horizon Drive Suite 150,    King of Prussia, PA 19406-4702
14015050       +Smith Coal and Oil,    1030 Shawna Road,   Northern Cambria, PA 15714-8700
15121082        U.S. Bank National Association, not in its individ,   PO Box 814609,   Dallas, TX 75381-4609
14060042        U.S. Deparment of Education,    C/O FedLoan Servicing,   P.O.Box 69184,
                 Harrisburg,PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 29 2020 04:52:18
                 Exeter Finance Corp. Department,    P.O. Box 201347,   Arlington, TX 76006-1347
14032723       +E-mail/Text: g20956@att.com May 29 2020 04:55:38     AT&T Mobility II LLC,
                 % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
14023041        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2020 05:06:42
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK 73126-8941
14080146        E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 05:06:09
                 CVI Loan GT Trust I c/o Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
14025641       +E-mail/Text: bankruptcy@cavps.com May 29 2020 04:55:30     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14015030       +E-mail/Text: bankruptcy@credencerm.com May 29 2020 04:55:42     Credence Resource Management,
                 17000 Dallas Parkway #204,    Dallas, TX 75248-1940
14015031       +E-mail/Text: bdsupport@creditmanagementcompany.com May 29 2020 04:55:33
                 Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14015033        E-mail/PDF: creditonebknotifications@resurgent.com May 29 2020 04:52:53     Credit One Bank,
                 P.O. Box 60500,   City Of Industry, CA 91716-0500
14076794        E-mail/Text: G06041@att.com May 29 2020 04:55:33     Direct TV,   P.O. Box 5008,
                 Carol Stream, IL 60197-5008
14015034       +E-mail/Text: bankruptcynotices@dcicollect.com May 29 2020 04:55:37     Diversified Consultant,
                 10550 Deerwood Park Boulevard,    Jacksonville, FL 32256-0596
14015035       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 29 2020 04:52:52     Exeter Finance Corp,
                 P. O. Box 166097,   Irving, TX 75016-6097
14063123       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 29 2020 04:51:53     Exeter Finance Corp.,
                 P.O. Box 167399,   Irving, TX 75016-7399
14015041       +E-mail/Text: ebn@ltdfin.com May 29 2020 04:54:40     Limited Financial Service,
                 7322 Southwest Freeway Suite 1,    Houston, TX 77074-2010
14015042       +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2020 04:55:06     Midland Funding,   PO Box 939069,
                 San Diego CA 92193-9069
14015043        E-mail/Text: lisa.girgen@securian.com May 29 2020 04:55:36     Minnesota Life Insurance Company,
                 400 Robert Street North,    Saint Paul, MN 55101-2098
14080571       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 29 2020 04:55:26     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,    Saint Cloud Mn 56302-7999
14015051       +E-mail/Text: bnc-bluestem@quantum3group.com May 29 2020 04:55:39     Webbank/Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Citibank, N.A., not in its individual capacity but
cr             Nationstar Mortgage LLC
cr             Nationstar Mortgage LLC
```

```
District/off: 0315-7          User: jfur                Page 2 of 2                  Date Rcvd: May 28, 2020
                              Form ID: pdf900           Total Noticed: 36

cr*              U.S. Bank National Association, not in its individ,   PO Box 814609,   Dallas, TX  75381-4609
14015032*       +Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14893279*       +Exeter Finance LLC,   P.O. Box 167399,   Irving, TX 75016-7399
14669710*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,,   Dallas, TX 75261-9741)
14015029       ##+Collection Service Center,   P. O. Box 68,   Altoona, PA 16603-0068
14048121       ##+Penelec,   331 Newman Springs Rd., Bldg. 3,   Red Bank, NJ 07701-6771
14015046       ##+Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
14015027       ##+Sortis Holding, Inc.,   f/k/a Clear Spring Loan Services, Inc.,
                  1124 Northwest Couch Street, Suite 500,   Portland, OR 97209-4158
                                                                                               TOTALS: 3, * 4, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              Bradley Joseph Osborne    on behalf of Creditor    Citibank, N.A., not in its individual capacity
               but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3
               bosborne@hoflawgroup.com,    pfranz@hoflawgroup.com
              David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr.
               colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Nationstar Mortgage LLC kab@jsdc.com,
               jnr@jsdc.com;eaf@jsdc.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 10
```