IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Annette Margaret Shultz and Charles William Shultz,<br>             Debtors, | Bankruptcy Case No.: 15-70198-JAD<br><br>Chapter: 13 |
| Annette Margaret Schultz and Charles William Schultz<br>             Movant,<br><br>vs.<br><br>             Respondents, | Docket Document No. 178 |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

NOW COMES the Debtors Annette Margaret Schultz and Charles William Schultz by and through their Attorney David A. Colecchia, Esquire who hereby certifies they are eligible for a discharge and avers as follows:

1. The Debtors made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f) (1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 12, 2020, at docket numbers 165, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management,* with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* Undersigned Counsel's representative duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

| | |
|---|---|
| June 15, 2020 | /s/David A. Colecchia<br>David A. Colecchia and Associates<br>LAW CARE<br>324 S. Maple Ave.<br>Greensburg, PA 15601-3219<br>724-837-2320<br>724-837-0602(fax)<br>colecchia542@comcast.net<br>PA I.D. No. 71830 |