**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Annette Margaret Shultz** | Social Security number or ITIN  **xxx–xx–8887** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Charles William Shultz Jr.** | Social Security number or ITIN  **xxx–xx–2218** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–70198–JAD**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Annette Margaret Shultz
fka Annette Margaret Franks

Charles William Shultz Jr.

6/30/20

**By the court:**    Jeffery A. Deller
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-70198-JAD
Annette Margaret Shultz                                               Chapter 13
Charles William Shultz, Jr.
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas              Page 1 of 2            Date Rcvd: Jun 30, 2020
                              Form ID: 3180W          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
db/jdb        +Annette Margaret Shultz,   Charles William Shultz, Jr.,    P.O. Box 75,
                Heilwood, PA 15745-0075
cr             Citibank, N.A., not in its individual capacity but,   Fay Servicing, LLC,   PO Box 814609,
                Dallas, TX  75381-4609
14015026       Berkheimer,   50 North Seventh Street,   P.O. Box 995,   Bangor, PA 18013-0995
14015028      ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,   Attn:Collection Center,   Po Box 14931,
                Pittsburgh, PA 15234)
15170185       Citibank, N.A,   Fay Servicing, LLC,   PO Box 814609,,   Dallas, TX 75381-4609
14015036      +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
14015037      +Federal Loan Service,   P. O. Box 60610,   Harrisburg, PA 17106-0610
14015039      +Holiday Financial Services,   112 Hollidaysburg Plaza,   Duncansville, PA 16635-8410
14073191     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy Department,
                P.O. Box 619096,   Dallas, TX 75261-9741)
14015044       Nationstar Mortgage,   P.O. Box 619079,   Dallas TX 75261-9079
14015045       Penelec,   P.O. Box 3687,   Akron, OH 44309-3687
14015047       Pennsylvania Collection Service,   P.O. Box 110,   Altoona, PA  16603-0110
14015048      +Rcs/cvi Loan Gt Trust,   P. O. Box 10497,   Greenville, SC 29603-0497
14015049      +Shapiro and DeNardo,   3600 Horizon Drive Suite 150,   King of Prussia, PA 19406-4702
14015050      +Smith Coal and Oil,   1030 Shawna Road,   Northern Cambria, PA 15714-8700
15121082       U.S. Bank National Association, not in its individ,   PO Box 814609,   Dallas, TX  75381-4609
14060042       U.S. Deparment of Education,   C/O FedLoan Servicing,   P.O.Box 69184,
                Harrisburg,PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 01 2020 06:08:21     Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr            +EDI: AISACG.COM Jul 01 2020 09:03:00      Exeter Finance Corp. Department,   P.O. Box 201347,
                Arlington, TX 76006-1347
14032723      +EDI: CINGMIDLAND.COM Jul 01 2020 09:03:00      AT&T Mobility II LLC,   % AT&T Services, Inc,
                Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
14023041       EDI: AIS.COM Jul 01 2020 09:03:00      American InfoSource LP as agent for,
                Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
14080146       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2020 06:21:47
                CVI Loan GT Trust I c/o Resurgent Capital Services,   P.O. Box 10675,
                Greenville, SC 29603-0675
14025641      +E-mail/Text: bankruptcy@cavps.com Jul 01 2020 06:09:07     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14015030      +E-mail/Text: bankruptcy@credencerm.com Jul 01 2020 06:09:22      Credence Resource Management,
                17000 Dallas Parkway #204,   Dallas, TX 75248-1940
14015031      +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 01 2020 06:09:12
                Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14015033       E-mail/PDF: creditonebknotifications@resurgent.com Jul 01 2020 06:21:34     Credit One Bank,
                P.O. Box 60500,   City Of Industry, CA 91716-0500
14076794       EDI: DIRECTV.COM Jul 01 2020 09:03:00      Direct TV,   P.O. Box 5008,
                Carol Stream, IL 60197-5008
14015034      +EDI: DCI.COM Jul 01 2020 09:03:00      Diversified Consultant,   10550 Deerwood Park Boulevard,
                Jacksonville, FL 32256-0596
14015035      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jul 01 2020 06:22:45     Exeter Finance Corp,
                P. O. Box 166097,   Irving, TX 75016-6097
14063123      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jul 01 2020 06:20:42     Exeter Finance Corp.,
                P.O. Box 167399,   Irving, TX 75016-7399
14015038      +EDI: AMINFOFP.COM Jul 01 2020 09:03:00      First Premier Bank,   601 South Minnesota Avenue,
                Sioux Falls, SD 57104-4868
14015040      +EDI: HFC.COM Jul 01 2020 09:03:00      HSBC/TAX,   90 Christiana Road,
                New Castle, DE 19720-3118
14015041      +EDI: LTDFINANCIAL.COM Jul 01 2020 09:03:00      Limited Financial Service,
                7322 Southwest Freeway Suite 1,   Houston, TX 77074-2010
14015042      +EDI: MID8.COM Jul 01 2020 09:03:00      Midland Funding,   PO Box 939069,
                San Diego CA 92193-9069
14015043       E-mail/Text: lisa.girgen@securian.com Jul 01 2020 06:09:15     Minnesota Life Insurance Company,
                400 Robert Street North,   Saint Paul, MN 55101-2098
14080571      +EDI: JEFFERSONCAP.COM Jul 01 2020 09:03:00      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
14015051      +EDI: BLUESTEM Jul 01 2020 09:03:00      Webbank/Fingerhut,   6250 Ridgewood Road,
                Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 20

```
District/off: 0315-7              User: dpas               Page 2 of 2              Date Rcvd: Jun 30, 2020
                                  Form ID: 3180W           Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citibank, N.A., not in its individual capacity but
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage LLC
cr*             U.S. Bank National Association, not in its individ,    PO Box 814609,    Dallas, TX  75381-4609
14015032*      +Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14893279*      +Exeter Finance LLC,   P.O. Box 167399,    Irving, TX 75016-7399
14669710*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,,    Dallas, TX 75261-9741)
14015029      ##+Collection Service Center,    P. O. Box 68,    Altoona, PA 16603-0068
14048121      ##+Penelec,   331 Newman Springs Rd., Bldg. 3,    Red Bank, NJ 07701-6771
14015046      ##+Penn Credit,   916 S 14th St,    Harrisburg, PA 17104-3425
14015027      ##+Sortis Holding, Inc.,    f/k/a Clear Spring Loan Services, Inc.,
                1124 Northwest Couch Street, Suite 500,    Portland, OR 97209-4158
                                                                                     TOTALS: 3, * 4, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              Bradley Joseph Osborne    on behalf of Creditor    Citibank, N.A., not in its individual capacity
               but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL3
               bosborne@hoflawgroup.com, pfranz@hoflawgroup.com
              David A. Colecchia    on behalf of Debtor Annette Margaret Shultz colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Joint Debtor Charles William Shultz, Jr.
               colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Nationstar Mortgage LLC kab@jsdc.com,
               jnr@jsdc.com;eaf@jsdc.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10